UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| José Arzuaga<br>PLAINTIFF | CASE NO. 3:14-cv-01799 (MPS) |
| VS. | PLAINTIFF'S AMENDED COMPLAINT |
| DEFENDANTS, et al. | ✓ERIFIED COMPLAINT |

Lt. Champion
Lt. Cronin
RN. Martin
NC. Mongeay
C/O. Fulcher
C/O. Pearson
C/O. Flores
C/O. Sheriff
C/O. Fortin
C/O. Conrad
C/O. Russo



UNITED STATES DISTRICT COURT FOR THE DISTRICT OF CONNECTICUT

PRO SE PRISONER CIVIL RIGHTS
AMENDED COMPLAINT

Use this form to make corrections to your complaint. For example,
you may need to change the list of defendants to include a person
whose name you did not know at the time you filed your lawsuit. If
you are amending your complaint after the Court has issued a
Section 1915A Ruling and Order, make sure that you do not include
any claims or defendants that the Court has dismissed.

CASE NO. 3:14-CV-01799 (MPS)

PLAINTIFF(S) [Write the name(s) of the person(s) complaining]

José Arzuaga #259136
Northern Corr. Inst.
P.O. Box 665
Somers, CT. 06071

vs.

DEFENDANT(S) [Write the name(s) of all person(s) you are suing. If
you do not know a name, write "John Doe" or "Jane Doe." Include the
defendant's rank or title and place of employment if you know it.]

SEE ATTACHED PAGE 5
PAGE 5 HAS THE DEFENDANTS
NAMES, TITLES, ADDRESSES
AND CAPACITIES SUED IN

Rev. 4-12-2013



Please complete every section and SIGN THE LAST PAGE.

## A.   JURISDICTION

Because federal courts cannot hear every kind of claim, you must identify the law that says this court can hear your claim. There are two possibilities.  Check **one**.

I can bring my complaint in federal court because I am suing:

1. _____✓_____ State, county or city employees for violating my federal rights under 42 U.S.C. Sec. 1983; OR

2. _____ Federal employees for violating my federal rights under *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971) and 28 U.S.C. Sec. 1331.

## B.   PLAINTIFF(S) (THE PERSON(S) FILING THIS COMPLAINT)

If there are more than two plaintiffs, attach additional pages. Provide items a, b, and c for each additional plaintiff.

1. First Plaintiff

   a.   Full Name:

   b.   Inmate Number:           (SEE ATTACHED) PAGE. 2

   c.   Correctional facility:

2. Second Plaintiff

   a.   Full Name:

   b.   Inmate Number:

   c.   Correctional facility:

Rev. 4-12-2013                    3

C.   **DEFENDANT(S)** (THE PERSON(S) WHOSE ACTIONS YOU ARE COMPLAINING ABOUT)

Do not include any defendants who the Court has already dismissed from your case.

1.   First Defendant

    a.   Full Name:

    b.   Rank or Title:

    c.   Workplace:

2.   Second Defendant

    a.   Full Name:

    b.   Rank or Title:

    c.   Workplace:

3.   Third Defendant

    a.   Full Name:

    b.   Rank or Title:

    c.   Workplace:

4.   Fourth Defendant

    a.   Full Name:

    b.   Rank or Title:

    c.   Workplace:

5.   Fifth Defendant

    a.   Full Name:

    b.   Rank or Title:

    c.   Workplace:

6.   Sixth Defendant

    a.   Full Name:

    b.   Rank or Title:

    c.   Workplace:

*( SEE ATTACHED PAGE. 5 HAS THE DEFENDANTS NAMES, TITLES, ADDRESSES, AND CAPACITIES SUED IN. )*

# DEFENDANTS

1.) Defendants Lt. Champion, Lt. Cronin, RN. Martin, C. Mongeau, C/O. Fulcher, C/O. Pearson, C/O. Flores, C/O. Sheriff, C/O. Fortin, C/O. Conrad, C/O. Russo were employeed at the Corrigan Correctional Center 986 Norwich-New London Tpke, Uncasville, CT. 06382.

2.) All the defendants named In the foregoing paragraph 1 here In, are being sued In their Individual and official Capacities.

3.) All the defendants named In the foregoing paragraph 1 hereIn, were acting, under color of state law at all times relevant to this complaint.

5

Now describe your claims.

Statement of Case

1.

2.

3.    ( SEE ATTACHED )
       COMPLAINT
4.     PAGES 8 thru 17. )

5.

6.

7.

8.

9.

10.

If you need more space, attach additional pages, but be as brief as
possible.

Rev. 4-12-2013                          (6)

F.      REQUEST FOR RELIEF

Tell the court what kind of relief you want. **Remember:** (1) You can only get money damages for mental or emotional injury if you were also physically injured; (2) Money damages may be reduced to pay restitution to victims of your crime and fees for a court-appointed attorney, if you had one; (3) You cannot use a Section 1983 or *Bivens* action to request release from custody, a reduction in your sentence, or a restoration of good time credits. For any of these, you must pursue a Writ of Habeas Corpus.

(SEE ATTACHED COMPLAINT)
PAGE 15.

G.   Do you wish to have a jury trial? Yes ✓      No_____

H.   DECLARATION UNDER PENALTY OF PERJURY

Warning: **You must sign this** or your complaint will not be filed.

By signing this complaint, I certify under penalty of perjury that the information contained in this complaint is true and accurate to the best of my knowledge.  I understand that if I lie in this complaint, I may be prosecuted for perjury, and punished with as much as five (5) years in prison and/or a fine of $250,000.  See 18 U.S.C. Sections 1621, 3571.

Signature: _Jose Arruaga_____

Signed at __Northern_____ on _12-15-14_
                (Location)                    (Date)

If there are additional plaintiffs, attach another page with the name and signature of each plaintiff on it.  **The complaint cannot be filed without a signature from each plaintiff.**



1.) On 6-4-14 plaintiff had a mental breakdown, he felt suicidal. So I asked defendant fulcher to contact mental health and defendant fulcher told me No, Nobody cares.

2.) Plaintiff then covered the cell window (R-111) to protest the denial of mental health assistance.

3.) Defendant fulcher then said If I didn't take the cell window covering down I was going to get beat up and hog tied.

4.) Plaintiff attempted to speak with defendants Cronin, champion and mongeou In regards to the foregoing paragraphs 1 thru 3 hereIn, but they refused to listen or assist plaintiff.

5.) Defendant Cronin then assembled together a CET Team, hereInAfter CET, to respond to the plaintiff's cell (R-111). Upon Information and belief, CET IS a unit In the department of Corrections specially trained to respond to dangerous situations.

6.) Defendants that were on the CET Team were Pearson, flores, sheriff, fortin and Conrad.

8

7.) The CET Team and department of Correctional officials responded to the plaintiffs cell and ordered the plaintiff to remove the cell window covering. plaintiffs mind wasn't right. I had a mental breakdown and didn't remove all the cell window covering.

8.) Chemical agents then was sprayed In plaintiff's cell (R-111).

9.) Members of the CET Team than entered plaintiffs cell and after plaintiff was on the ground In compliance secured waiting to be escorted out the cell members of the CET Team then proceeded to pummel the plaintiff with their fists, knees and other hard objects striking the plaintiff In the face head area, smashed the plaintiff's head, facial area on the ground and twisting the plaintiff wrists.

10.) Plaintiff then was placed on In-cell restraint status In which the restraints that was placed on plaintiff were extremely tight and not properly applied.

11.) In-cell restraint status Is a status In which prisoners are typically secured In handcuffs In the front, leg Irons and a tether chain within a cell.

12.) Plaintiff was placed In the restraints stated In the foregoing paragraph 11 and additional restraints which consisted of a belly chain, black box and pad lock for an unnecessary and unreasonable amount of time to harass, punish, abuse, harm, torture plaintiff after plaintiff was already calm, quiet, In compliance, following Any/All orders given.

13.) After plaintiff was placed In R-113 cell on In-cell restraints defendants Cronin, Champion, Martin, Mongeau failed to Intervene while I was harming myself and failed to provide me access to adequate medical and mental health services. The defendants Just stood by and watched, refusing to stop, allowing plaintiff to harm hisself (banging his head on the windows, walls, door) and failed to protect plaintiff In which plaintiff sustained Injury and bruising to the face and head and was denied access to medical and mental health services.

14.) Defendants subjected plaintiff to live In unsanitary housing conditions (R-113) which consisted of urine, feces, blood, chemical agents and the cell was filthy, not sanitized. The water system In the cell was turnt off.



15.) Defendants Cronin, Champion, Martin and Mongeau were deliberately Indifferent to plaintiffs Serious medical and mental health needs.

16.) Defendants Cronin, Champion, Martin, Mongeau failed to adequately assess, Inspect, treat plaintiffs medical and mental health needs, Injuries and the usage of restraints that were placed on plaintiff Incorrectly excessively tight which caused plaintiff to Sustain Injuries and bruising thru out plaintiffs body which caused plaintiff to suffer In enormous pain.

17.) Defendants Martin, Champion, Cronin refused to acknowledge the plaintiff's request to adjust and properly place the restraints stated In the foregoing paragraphs 11 and 12.

18.) During the entire period during which CET members used unnecessary and unreasonable excessive force on plaintiff defendants, Cronin, Champion, Russo and others stood by and watched, refusing to stop, or attempt to stop, the unlawful actions of the CET members.

19.) During the entire period of this Incident the defendants were fully aware the plaintiff wasn't In the right state of mind, was suicidal, had a mental breakdown and the defendants disregarded his request for help and punished plaintiff for behavior that Is a result of his mental Illness and failed to protect plaintiff.

20.) Plaintiff requested medical attention repeatedly for a period of several weeks for these Injuries, stated hereIn but was denied medical attention by the defendants and correctional officials In reckless disregard for his constitutional rights.

21.) Defendants have denied plaintiff access to adequate medical and mental health services.

22.) The plaintiff has exhausted all administrative remedies as made available to him by the Connecticut department of correction as required under the Prison Litigation Reform Act (PLRA) ( SEE EXHIBIT-A ).

23.) As a direct and proximate result of the acts and omissions of the defendants here In described, the plaintiff suffered physical and emotional pain, anxiety and terror, as well as the constitutional rights described hereIn.

24.) As a direct and proximate result of the acts and omissions of the defendants herein described, the plaintiff suffered Injuries and bruising thru' out his body.

25.) The acts of each of the defendants were Intentional and Inspired by malice.

# LEGAL CLAIMS

1.) The defendants have violated plaintiff rights and constituted cruel and unusual punishment(excessive misuse of force, denial of medical care services, denial of mental health care services, deliberate Indifference, failure to protect) unsanitary housing conditions, Inadequate medical and mental health services, atypical and significant hardships, deliberate Indifference to plaintiffs medical and mental health care needs services, excessive force thru restraints, discrimination, malicious and sadistic Intent, deprivation of the right of bodily liberty, retaliation, state law claims of assault and battery, denial of due process. Plaintiff rights have been violated under the Eight and fourteenth Amendments to the United States constitution.



14

# PRAYER FOR RELIEF

WHEREFORE, plaintiff respectfully prays for relief as follows;

1.) A declaration that the acts and omissions described hereIn violated plaintiff's rights under the constitution and the Laws of the United States.

2.) The acts of each of the defendants were Intentional and Inspired by malice. WHEREFORE, the plaintiff seeks damages as follows;

a.) Compensatory damages

b.) Nominal damages

c.) Punitive damages

d.) Plaintiff's costs In this suit

e.) Any additional relief this court deems Just, proper and equitable.

# CLAIM FOR TRIAL BY JURY

The plaintiff claims trial by Jury of the Issues In this case.

PLAINTIFF
José Arzuaga #259136
José Arzuaga
Northern Corr. Inst.
P.O. Box 665
Somers, CT. 06071

I, Declare under penalty of perjury that the
foregoing is true and correct pursuant to
28 U.S.C. sec. 1746.

12-15-14
DATE

José Arzuaga
José Arzuaga

16

EXHIBIT-A

EXHIBIT-A

18

**CONFIDENTIAL**
(FOR OFFICIAL USE ONLY)

Inmate name: José Arzuaga

Inmate number: 259136   Housing: R/116

SECTION 4   STATE THE PROBLEM AND REQUESTED RESOLUTION

Provide any factual information that is applicable, including any responses from staff. State the action that you think should be taken to resolve the problem. PLEASE PRINT On 6-3-14, I have Medical Supervisor to response, the purpose for the present is due to on 6-4-14, and 6-5-14 I was denied access to adequate medical services, on 6-4-14, I was assaulted and placed on in-cell restraints in R-113, unknown medical staff failed to adequatent assess my inspect my or injuries nor restraints in which the restraints applied weren't properly applied (excessively tight) leading m to sustain injuries and bruising in which my body was in enormous pain and my ecless weren't properly washed after chemical agents was utilized on me subjecting me (excessive burning) to feel on fire thru out my body I'm now requesti(ng)

1.) for the medical staff that was present on the above dates in regards to the above incident to be disciplined and informed of their titled job description, duties.

Inmate signature: José   Date: 6-30-14

For all remedies except health services, deposit this form in the Administrative Remedies box.
For a health services issue, deposit this form in the Health Services box.

SECTION 5   DECISION / OFFICIAL USE ONLY – DO NOT WRITE IN THE SPACE BELOW

Date Received:   IGP #: 2727   T#:

Disposition:   Date of Disposition:

Reason: All administrative remedies sent back to Corrigan w/ no response at any level. Met w/ Mr Arzuaga on 11-7-14 to resolve these. Copies of records from 6-2-14 to 7-24-14 provided as resolution

☐ You have exhausted DOC's Administrative Remedies.   ☐ This matter may be appealed to:

Signature: Richard Frey   Date: 11-7-14

**CONFIDENTIAL**
(FOR OFFICIAL USE ONLY)

Inmate name: Jose' Arzuaga

Inmate number: 259136   Housing: R-116

**SECTION 4**   STATE THE PROBLEM AND REQUESTED RESOLUTION

Provide any factual information that is applicable, including any responses from staff. State the action that you think should be taken to resolve the problem. PLEASE PRINT. On 6-5-14, I wrote medical supervisor response, the purpose for the present 19 due to on 6-4-14, and 6-5-14 I was denied access to adequate medical services. On 6-4-14, I was assaulted and placed on In-Cell restraints in R-113, unknown medical staff failed to adequately assess my injuries nor restraints in which the restraints was applied weren't properly applied (excessively tight) leading me to sustain injuries and bruising in which my body has in enormous pain and my ed~s weren't properly flushed after chemical agents was utilized on me subjecting me (excessive burning) to even on xxxx thru out my body I'm now experiencing;

1.) For the medical staff that was present on the above dates in regards to the above incident to be disciplined and informed of their titled job description duties.

Inmate signature: [signature]   Date: 6-30-14

For all remedies except health services, deposit this form in the **Administrative Remedies box**.
For a health services issue, deposit this form in the **Health Services box**.

**SECTION 5**   DECISION / OFFICIAL USE ONLY – DO NOT WRITE IN THE SPACE BELOW

Date Received:   IGP #:   T#:

Disposition:   Date of Disposition:

Reason: All remedies sent back to Corrigan but no response received on any level. Met w/ Mr. Arzuaga on 11-7-14 to resolve these. Copies of records from 6-2-14 to 7-24-14 provided as resolution

☐ You have exhausted DOC's Administrative Remedies.   ☐ This matter may be appealed to:

Signature: [signature]   Date: 11-7-14

CONFIDENTIAL
(FOR OFFICIAL USE ONLY)

Inmate name: José Arzuaga
Inmate number: 259136   Housing: R/116

SECTION 4    STATE THE PROBLEM AND REQUESTED RESOLUTION

Provide any factual information that is applicable, including any responses from staff. State the action that you think should be taken to resolve the problem. PLEASE PRINT. On 6/9/14, I have Medical Supervision in charge. The purpose for the present is due to on 6/4/14 and 6/9/14 I was denied access to adequate medical services, on 6/4/14, I was assaulted and placed in cell restraints in R/113, unknown medical staff failed to adequately assess nor inspect my my injuries nor restraints in which the restraints applied weren't properly applied (excessively tight) leaving me to sustain injuries and bruising in which my body was in enormous pain and my eyes weren't properly flushed after chemical agents utilized on me subjecting me to (excessive burning) to face entire thru out my body, I'm now (suffering).

1.) for the medical staff that was present on the above dates in regards to the above incident to be disciplined and informed of their titled job description, duties.

Inmate signature: Jose    Date: 6/30/14

For all remedies except health services, deposit this form in the Administrative Remedies box.
For a health services issue, deposit this form in the Health Services box.

SECTION 5    DECISION / OFFICIAL USE ONLY – DO NOT WRITE IN THE SPACE BELOW

Date Received:    IGP #.    T#.

Disposition:    Date of Disposition.

Reason.

☐ You have exhausted DOC's Administrative Remedies.    ☐ This matter may be appealed to.

Signature:    Date:

## Appeal of Health Services Review
### Connecticut Department of Correction

CN 8901
REV 6/30/09

Inmate name: J Dei Arzuaga

Inmate number: 259136

Facility/Unit: Northern

Housing unit: V-109X

Date: 9-10-14

This form may only be used to appeal a Health Services Administrator's (HSA) decision pursuant to the provisions of Administrative Directive 8.9, Health Services Review, Section 11, pertaining to a practice, procedure or policy; or, to an allegation of staff misconduct. You must appeal within 10 days of receiving the HSA decision. Attach Form CN 9602, Inmate Administrative Remedy Form, containing the Health Services Administrator's decision (and any other documents that may be relevant) to this form, and state below why you are appealing that decision. Deposit the completed appeal and attachments in the 'Health Services' box.

### APPEAL OF HEALTH SERVICES ADMINISTRATOR'S DECISION

I am appealing the decision because (use the back if necessary):

never received a response at my level 1 addressing and correct,

Inmate signature:

Date: 9-10-14

**FOR OFFICIAL USE ONLY - DESIGNATED FACILITY HEALTH SERVICES DIRECTOR**

| Date received: | Disposition: | Date of disposition: |
|---|---|---|
| Reasons: | | |

Designated Facility Health Services Director signature:

Date:

☐ This may be appealed within 10 days to the DOC Director of Health and Addiction Services.

☐ You have exhausted the Department's Administrative Remedies. Further appeals will not be answered.

### APPEAL OF DESIGNATED FACILITY HEALTH SERVICES DIRECTOR'S DECISION

I am appealing the decision because (use the back if necessary):

never received a response at my level 2 and addressing Correct,

Inmate signature:

Date: 9-3-14

*** Deposit your appeal in the Health Services Box ***

**FOR OFFICIAL USE ONLY - DOC DIRECTOR OF HEALTH AND ADDICTION SERVICES**

| Date received: | Disposition: | Date of disposition: |
|---|---|---|
| Reasons: | | |

Director of Health

TC, MS, King (ARC)

From: José Arzuaga 237136 R-116

Date: 7-4-14

On 6-25-14, I filed four grievances (See R-D, 173 thru 176).

On 6-30-14, I filed five grievances (See R-D, 001 thru 005).

You returned the above nine grievances I filed back without a disposition. On 7-3-14, I informed you and Dr. L. Martin in verbal that the above grievances I filed were filed correctly. Individually + immediately previously, may you file the above nine grievances properly in accordance with A.D. 9.6. I have a mental disability and I dont understand you verbally so may you place it in writing while you are denying me access to the Administrative Remedy Process. I await your response.

Thank You !

YOU ARE NOT BEING DENIED ACCESS TO THE ADMINISTRATIVE REMEDY PROCESS. YOU MUST WRITE TO LT. RUGGIERO REGARDING THESE ISSUES AND ATTACH HIS RESPONSE WHEN FILING A GRIEVANCE. REFER TO AD 9.6 INMATE ADMINISTRATIVE REMEDIES TO BETTER UNDERSTAND THIS PROCESS.

King 7/8/14

**23**
CN 9601
REV 1/31/09

## Inmate Request Form
### Connecticut Department of Correction

Inmate name: _____

Inmate number: _____

Facility/Unit: _____

Housing unit: _____

Date: _____

Submitted to: Medical

Request: I'm in unbaring pain thru out my body, my head/facial area is swollen and just painful, my right and left legs, knuckles, fingers, palms are numbed then back to pain, I'm also having back and abdominal pain, I would like to be evaluated.

*continue on back if necessary*

Previous action taken:

*continue on back if necessary*

Acted on by (print name): _____

Title: _____

Action taken and/or response:

6/8/14

Your name has been placed on the sick call list.

Seen on 6/16/14

*continue on back if necessary*

Staff signature: _____

Date: _____



## Grievance Returned Without Disposition
### Connecticut Department of Correction

24
CN 9606
REV 1/31/09

| Inmate name:  Arzuaga, Jose | | Inmate number: 259136 |
| --- | --- | --- |
| Facility/Unit:  CRCC | Housing unit:   RHU | Date:   7/3/14 |
| Return log number:     RWD-002 | | |

**Your attached grievance is being "Returned Without Disposition" for the following reason(s).**

In accordance with Administrative Directive 9.6, Inmate Administrative Remedies, Section 6(E), a grievance may be **Returned Without Disposition** to the inmate for the following reasons:

1. **X**  An inmate shall attempt to resolve a problem through the Inmate Request System prior to filing a grievance. The inmate shall attach CN 9601, Inmate Request Form, containing the employee's response, or explain why it is not attached (see comments below).

2.  A grievance must be filed on CN 9602, Inmate Administrative Remedy Form.

3. **X**  Each grievable matter shall be submitted on a separate CN 9602, Inmate Administrative Remedy Form.

4.  The grievance and the action requested should be stated simply and coherently.

5.  The length of the grievance shall be restricted to the space available on the face of the grievance form and one additional page.

6.  The grievance must be free of obscene or vulgar language or content.

Comments:

**You must attach your informal resolution to this form.  Follow the proper chain of command, unit manager/counselor, captain, and then deputy warden.**

**You may resubmit your grievance when it is in compliance with Administrative Directive 9.6, Inmate Administrative Remedies.**

| Administrative Remedies Coordinator:  | Date:   7/3/2014 |
| --- | --- |

**CONFIDENTIAL**
(FOR OFFICIAL USE ONLY)

Inmate name: Jose Arguaza

Inmate number: 259136    Housing: R-116

### SECTION 4                STATE THE PROBLEM AND REQUESTED RESOLUTION

Provide any factual information that is applicable, including any responses from staff. State the action that you think should be taken to resolve the problem. PLEASE PRINT. On 6-5-14 I wrote Deal Martin, no response. The purpose for the present is due on 6-4-14 thru 6-5-14 I was placed in extremely tight restraints for long periods of time for no reason which left me in enormous pain causing me to receive bruises to my ankles, wrists, belly, back, shoulders. The restraints that were used on my consisted of leg irons, tether chain, hand cuffs, black box. Using again. The above stated restraints were not applied properly and was only used to cause me harm, punish me with pain, While in the above restraints when I requested I was denied access to bathroom breaks, consistent medical checks and medical and mental health, I further was denied. Then requested to be removed from the restraints after I was calm in compliance with Any/All orders given. The in-cell restraints were prolonged for no reason. I'm requesting:

1.) for a investigation into the above.

2.) to preserve all video footage on 6-4-14 thru 6-5-14 displaying the above incident.

3.) disciplining all dibic officials involved.

Inmate signature: Jose    Date: 6-30-14

For all remedies except health services, deposit this form in the Administrative Remedies box.
For a health services issue, deposit this form in the Health Services box.

### SECTION 5          DECISION / OFFICIAL USE ONLY — DO NOT WRITE IN THE SPACE BELOW

Date Received: 7/1/14    IGP #:            T#:

Disposition: RWD-002    Date of Disposition: 7/3/14

Reason:

See attached.

☐ You have exhausted DOC's Administrative Remedies.    ☐ This matter may be appealed to:

Signature:    Date:



## Grievance Returned Without Disposition
### Connecticut Department of Correction

26
CN 9606
REV 1/31/09

| Inmate name:  Arzuaga, Jose | Inmate number: 259136 |
|---|---|

| Facility/Unit:  CRCC | Housing unit:   RHU | Date:   7/3/14 |
|---|---|---|

Return log number:    RWD-003

**Your attached grievance is being "Returned Without Disposition" for the following reason(s).**

In accordance with Administrative Directive 9.6, Inmate Administrative Remedies, Section 6(E), a grievance may be **Returned Without Disposition** to the inmate for the following reasons:

1.  X   An inmate shall attempt to resolve a problem through the Inmate Request System prior to filing a grievance. The inmate shall attach CN 9601, Inmate Request Form, containing the employee's response, or explain why it is not attached (see comments below).

2.      A grievance must be filed on CN 9602, Inmate Administrative Remedy Form.

3.  X   Each grievable matter shall be submitted on a separate CN 9602, Inmate Administrative Remedy Form.

4.      The grievance and the action requested should be stated simply and coherently.

5.      The length of the grievance shall be restricted to the space available on the face of the grievance form and one additional page.

6.      The grievance must be free of obscene or vulgar language or content.

Comments:

**You must attach your informal resolution to this form.  Follow the proper chain of command, unit manager/counselor, captain, and then deputy warden.**

**You may resubmit your grievance when it is in compliance with Administrative Directive 9.6, Inmate Administrative Remedies.**

| Administrative Remedies Coordinator:  | Date:   7/3/2014 |
|---|---|

27

| CONFIDENTIAL | Inmate name: | | |
| (FOR OFFICIAL USE ONLY) | Inmate number: | | Housing: R-116 |

**SECTION 4**          STATE THE PROBLEM AND REQUESTED RESOLUTION

Provide any factual information that is applicable, including any responses from staff.  State the action that you think should be taken to resolve the problem. PLEASE PRINT. _On 6/9/14 I was placed on in/cell restraints. The purpose for the present is due to on 6/9/14 I was placed on in/cell restraints in a unsanitized inhumane, filthy cell R-113. The cell was placed in (R/113) had urine on the floor, toilet, feces in the toilet. The sink was filthy, the wall had blood on it. The mattress had chemical agent on it. The cell floor and the bunk was filthy. The D.O.C. officials at Corrigan are placing prisoners in/cell's right after O.C./pepper spray ect in the cells without sanitizing the cell's. I'm now requesting for:_

1.) ALL cell's to be thoroughly cleaned & sanitized before housing the prisoners in the cell's.

2.) For R-113 cell to be thoroughly cleant.

3.) To preserve the Anti/All cameras facing R-113 on 6-9-14 from 6:00PM thru 6-9-14 11:00PM.

| Inmate signature: | Date: 6/30/14 |

For all remedies except health services, deposit this form in the **Administrative Remedies box**.
For a health services issue, deposit this form in the **Health Services box**.

**SECTION 5**          DECISION / OFFICIAL USE ONLY – DO NOT WRITE IN THE SPACE BELOW

| Date Received: 7/1/14 | IGP #: | T#: |
| Disposition: RWD-003 | | Date of Disposition: 7/3/14 |

Reason:

See attached.

| ☐ You have exhausted DOC's Administrative Remedies. | ☐ This matter may be appealed to: |
| Signature: | Date: |



28

## Grievance Returned Without Disposition
### Connecticut Department of Correction

CN 9606
REV 1/31/09

| Inmate name:  Arzuaga, Jose | | Inmate number: 259136 |
|---|---|---|
| Facility/Unit:  CRCC | Housing unit:   RHU | Date:   7/3/14 |
| Return log number:     RWD-004 | | |

**Your attached grievance is being "Returned Without Disposition" for the following reason(s).**

In accordance with Administrative Directive 9.6, Inmate Administrative Remedies, Section 6(E), a grievance may be **Returned Without Disposition** to the inmate for the following reasons:

1.   X   An inmate shall attempt to resolve a problem through the Inmate Request System prior to filing a grievance. The inmate shall attach CN 9601, Inmate Request Form, containing the employee's response, or explain why it is not attached (see comments below).

2.         A grievance must be filed on CN 9602, Inmate Administrative Remedy Form.

3.   X   Each grievable matter shall be submitted on a separate CN 9602, Inmate Administrative Remedy Form.

4.         The grievance and the action requested should be stated simply and coherently.

5.         The length of the grievance shall be restricted to the space available on the face of the grievance form and one additional page.

6.         The grievance must be free of obscene or vulgar language or content.

Comments:

**You must attach your informal resolution to this form.  Follow the proper chain of command, unit manager/counselor, captain, and then deputy warden.**

**You may resubmit your grievance when it is in compliance with Administrative Directive 9.6, Inmate Administrative Remedies.**

| Administrative Remedies Coordinator: |  | Date:    7/3/2014 |
|---|---|---|

| **CONFIDENTIAL** (FOR OFFICIAL USE ONLY) | Inmate name: [illegible] | |
|---|---|---|
| | Inmate number: [illegible] | Housing: R-116 |

**SECTION 4** — STATE THE PROBLEM AND REQUESTED RESOLUTION

Provide any factual information that is applicable, including any responses from staff. State the action that you think should be taken to resolve the problem. PLEASE PRINT. [illegible] the purpose for the grievance is due to on 6-4-14 Lieutenant Cronin and Champion as well as medical and mental health staff and others unknown allowed me to harm myself without intervening. On 6-4-14 I had a mental breakdown I felt suicidal. The above titled individuals and the unknown were aware my mind wasn't right and after placing me in R-113 cell failed to intervene while I was harming myself (banging my head on the window walls, door) and failed to provide me adequate access to medical/mental health services. The above individuals just stood by allowing me to harm myself and failed to protect me. Lt. Cronin seen my injuries and when I requested for medical he told me my alright, I was denied medical. I'm now requesting;

1.) for a investigation into the above;

2.) for the above individuals that were present to be disciplined;

3.) to preserve the video footage camera facing R-113 cell on 6-4-14 starting from 6:00PM to thru 11:00PM.

| Inmate signature: [illegible] | Date: 6-30-14 |
|---|---|

For all remedies except health services, deposit this form in the Administrative Remedies box.
For a health services issue, deposit this form in the Health Services box.

**SECTION 5** — DECISION / OFFICIAL USE ONLY – DO NOT WRITE IN THE SPACE BELOW

| Date Received: 7/1/14 | IGP #: — | T#: — |
|---|---|---|
| Disposition: RWD-004 | Date of Disposition: 7/3/14 | |

Reason:

See attached

☐ You have exhausted DOC's Administrative Remedies. ☐ This matter may be appealed to:

| Signature: | Date: |
|---|---|



## Grievance Returned Without Disposition
### Connecticut Department of Correction

30
CN 9606
REV 1/31/09

| Inmate name:  Arzuaga, Jose | Inmate number: 259136 |
| --- | --- |

| Facility/Unit: CRCC | Housing unit:   RHU | Date:   7/3/14 |
| --- | --- | --- |

Return log number:    RWD-005

**Your attached grievance is being "Returned Without Disposition" for the following reason(s).**

In accordance with Administrative Directive 9.6, Inmate Administrative Remedies, Section 6(E), a grievance may be **Returned Without Disposition** to the inmate for the following reasons:

1. X   An inmate shall attempt to resolve a problem through the Inmate Request System prior to filing a grievance. The inmate shall attach CN 9601, Inmate Request Form, containing the employee's response, or explain why it is not attached (see comments below).

2.   A grievance must be filed on CN 9602, Inmate Administrative Remedy Form.

3. X   Each grievable matter shall be submitted on a separate CN 9602, Inmate Administrative Remedy Form.

4.   The grievance and the action requested should be stated simply and coherently.

5.   The length of the grievance shall be restricted to the space available on the face of the grievance form and one additional page.

6.   The grievance must be free of obscene or vulgar language or content.

Comments:

**You must attach your informal resolution to this form.  Follow the proper chain of command, unit manager/counselor, captain, and then deputy warden.**

You may resubmit your grievance when it is in compliance with Administrative Directive 9.6, Inmate Administrative Remedies.

| Administrative Remedies Coordinator:  | Date:   7/3/2014 |
| --- | --- |

**CONFIDENTIAL**
(FOR OFFICIAL USE ONLY)

Inmate name: [illegible]

Inmate number: [illegible] | Housing: R-116

**SECTION 4** — **STATE THE PROBLEM AND REQUESTED RESOLUTION**

Provide any factual information that is applicable, including any responses from staff. State the action that you think should be taken to resolve the problem. PLEASE PRINT. On 6-5-14 I wrote Dep. Warden Martin, a grievance.
The purpose for the grievance is due to on 6-4-14 I was
assaulted by unknown correctional officers on the
extraction team, on 6-4-14 I had a mental breakdown
I felt suicidal, so I asked C/O Fulcher to contact
mental health and C/O Fulcher told me no, nobody cares.
I then covered the cell window (R-111) to protest the
denial of mental health assistance, C/O Fulcher then
said if I didn't take the window covering down I
was going to get beat up and hog tied, unknown
correctional officers on the extraction team
arrived and rushed me and after I was on the
ground secured in compliance unknown correctional
officers punched me and kneed me 3 times each in
the facial/head area and smashed my head/facial area on
the ground scratching the lens of my glasses and
twisting my wrists which caused me
injuries/bruises enormous pain thru out my body.
I'm now requesting for;

(SEE ATTACHED / 1 page)

Inmate signature: [signature] | Date: 6-30-14

For all remedies except health services, deposit this form in the Administrative Remedies box.
For a health services issue, deposit this form in the Health Services box.

**SECTION 5** — **DECISION / OFFICIAL USE ONLY – DO NOT WRITE IN THE SPACE BELOW**

| Date Received: 7/1/14 | IGP #: — | T#: — |
|---|---|---|
| Disposition: RWD-005 | Date of Disposition: 7/3/14 | |

Reason:

See attached.

☐ You have exhausted DOC's Administrative Remedies. ☐ This matter may be appealed to:

Signature: | Date:

Has to [...] to locate and identify

2) all the people that were present and
participated to be d(isciplined)

3) to preserve the video footage w/ camera
facing R-113 cell on 6-4-14 beginning
at 6:00pm thru 6-5-14 ending
at 11:30pm)

4) to preserve the held hand camera video
6-5-14 in a titto hole incident on 6-4-14 thru,
beginning to end R-111 and R-113,

5) to preserve the video footage w/ camera facing
R-111 cell on 6-4-14 beginning at 6:30pm
thru 8:30pm.

**Inmate Request Form**
**Connecticut Department of Correction**

CN 9601
REV 1/31/09

Inmate name: Jose Arzuaga

Inmate number: 269136

Facility/Unit: Corrigan

Housing unit: R-116

Date: 1-4-14

Submitted to: D.W. Martin

Request: I'm just making you aware I filed nine grievances and their were returned to me due to you havent tex responded to my requests, I also just wrote M9, King (ARC) and told her to see you in regards to the requests I wrote you under your direction And I All custody issues are directly communicated and written to you until my return to C-block with Lt. Gilette, May you Inform M9, King about this so she may file all nine grievances she sent back to me without a disposition. See RWD-173 thru 176 and RWD-001 thru 003. Without your ~~responses In~~ continue on back if necessary responses In ~~Pentagon Office~~ writing you are preventing me from having access to the grievance system, PLEASE RESPOND BACK TO ME AND CORRECT THE ABOVE, I await your response, Thank You

continue on back if necessary

Acted on by (print name):

Title:

Action taken and/or response:

continue on back if necessary

34

José Arzuaga # 259136
Corrigan Corr. Center
986 Norwich-New London Tpke
Uncasville, CT. 06382

Copy

July 4th 2014

TO. Commr. James Dzurenda)

This is José, I'm Incarcerated at the above address. The purpose for the present is due to D-W-Martin didn't preserve all the video footage I had requested. On 6-23-14 I wrote you and Informed you that d.o.c. officials employeed at Corrigan weren't acknowledging my requests to PRESERVE video footage. Now after your Intervention some parts to my request to preserve was preserved but for the other parts of the request I been notified In writing by D-W-Martin that They (Corrigan d.o.c.) Are Not Able to preserve the following.

1.) Any/All Cameras facing RHU cell R-111 on 6-4-14 from 6:00 pm thru 6-5-14 11:30 pm

2.) Any/All Cameras facing RHU Cell R-113 on 6-4-14 from 6:00 pm thru 6-5-14 11:30 pm

3.) Any/All Cameras facing RHU Cell R-114 on 6-13-14 from 11:00 Am thru 4:00 Am

4.) Any/All Cameras facing Charlie block cell C-108 on 5-26-14

5.) Any/All Cameras facing RHU cells R-113 thru R-124 on each and every first and second shifts starting on 6-4-14 thru 6-14-14 starting at 8:00 Am thru 12:00 pm

I'm now requesting for Intervention for a Investigation Into the above video footage requested not being preserved when requested and I would like for the above video footage requested to be preserved. I await your response.

Thank You

. NOTE - SEE Deputy warden Martin letter dated 7-2-14 Sent to Nancy B. Canney.

## Inmate Request Form
### Connecticut Department of Correction

COPY

CN 9601
REV 1/31/09

Inmate name: Jose Arzuaga

Inmate number: 259136

Facility/Unit: Osborn

Housing unit: R-116

Date: 7-4-14

Submitted to: Ms. King (ARC)

Request: I'm making to you a new I say you directly by D.N. Martin that while I'm in seg I address all, Any/All courtadd issues to directly talk to / write to him due to the management plan I'm under until I go back to C.N. block with Lt. Gillette, Please contact D.N. Martin and then may you properly file the enclosed grievances RWD-173 thru 176 and RWD-001 thru 005, I await your response, Thank you

continue on back if necessary

Previous action taken:

continue on back if necessary

Acted on by (print name):

Title:

Action taken and/or response:

continue on back if necessary

Staff signature:

Date:

Copy

José Arzuaga #259136
Corrigan Corr. Center
986 Norwich-New London TPKE
Uncasville, CT. 06382

July 4th 2014

To. Commr. James Dzurenda,

This is José. I'm Incarcerated at the above address. The purpose for the present is due to d.o.c. officials (Deputy Warden Martin and C-t-o-Ms. King) employeed at Corrigan are denying me access to the Administrative Remedies Process.

1.) On 6-25-14 I filed Four grievances

2.) on 6-30-14 I filed Five grievances

3.) On 7-2-14 and 7-3-14 I received all nine grievances back without a disposition (SEE Corrigan Return Log Numbers RWD-001 thru RWD-005 and RWD-173 thru RWD-176)

4.) In regards to the above nine grievances It States In those grievances I have attempted to resolve the Issues grieved thru the Inmate Request system prior to filing the grievances and I explained the reason why a response is not attached.

5.) In four of the above grievances RWD-173 thru RWD-176 It States on 6-2-14 I wrote D-W-Martin and Lt. Ruggiero No Response and In five of the above grievances RWD-001 thru RWD-005 It States I wrote D-W-Martin No Response.

6.) By writing D-W-Martin and Lt. Ruggiero on 6-2-14 and 6-5-14 I attempted to resolve the Issues grieved. I Further explained the reasons for not being able to attach the request forms No response to attach.

7.) Enclosed is a request addressing the four grievances RWD-001 thru RWD-005 SEE Exhibit A
Enclosed is a request addressing the five grievances RWD-173 thru RWD-176 SEE Exhibit B

May you provide and confirm Corrigan d.o.c. officials received these requests from you to respond to. They are playing games.

COPY    37

7.) On 7-2-14 I wrote Ms. King requesting to be provided assistance due to I'm mentally disabled. I still haven't been provided assistance In refiling the above nine grievances.

8.) In regards to these grievances (SEE Corrigan Return Log Numbers RWD-173, RWD-175, RWD-176, RWD-001 thru RWD-005) filed each grievance addresses each grievance Issue separately.

9.) On 7-3-14 I spoke to D-W-Martin and C-t-o-Ms. King addressing all the above stated showing them the facts and D-W-Martin Is ALLOWING her to make up her own rules and policies not In accordance with A-D-9.6 denying me access to the Administrative Remedy Process

10.) Ms. King stated In front of D-W-Martin IF I dont attach a written response from d.o.c. officials I wrote then I may not file a grievance. She WILL NOT PROCESS IT.

11.) All nine grievances above are In compliance with A.D. 9.6. Section 6.C. - filing a grievance — at the Inmate shall Include an explanation Indicating why Inmate Request form Is not attached.

I'm now requesting for you to INTERVENE ADDRESS and CORRECT. I'm requesting for you to Provide me access to the Administrative Remedy Process by Processing all nine of the above grievances. Lastly to Inform D-W-Martin and Ms. King that they aren't In accordance with A.D. 9.6 and for you to provide assistance to corrigan d.o.c. employees to be In compliance and get familiar with A.D. 9.6. I await your response.

Thank You!

Name: Jose Araujo # 259756   R-116 (Seg)
Date: 6-5-14

Copy

On 6-4-14 I had a mental breakdown. I felt suicidal. I informed c/o Fulcher and he denied me access to mental health as well as harassed, provoked, threatened me, fabricating a false S.R. & ticket. I then covered the window. The extraction team arrived at my cell (R-111) and rushed me. Once I was on the ground in compliance I was punched and kneed in my head, facial area 3 times each and some one smashed the lens of my glasses and head, facial area scratching fighting my wrist. I then was placed on in-cell restraints in extremely tight restraints (which were applied improperly). In cell R-115 and I harmed myself while d.o.c. officials stood by without intervening. I continued to harm myself and was denied mental health, medical assistance. The cell I was housed in R-115 was filthy unsanitized. I was denied bed linen until approx. 3:00 AM. The cell water and toilet was turned off. The cell didn't meet nor was it in compliance with the inhumane conditions and the food I was served nutrition calorie(s) intake not the master food menu. on 6-4-14 and 6-5-14 excessive misuse of force was utilized on me which caused me injuries, bruises, leaving me in enormous pain thru out my body without medical assistance. I also was left in restraints for long period of time for no reasons, and when requested for bathroom breaks I was denied. I'm now requesting

1.) for a investigation in to all the above

2.) to preserve the video footage. camera facing R-115 cell on 6-4-14 beginning at 6:1 pm thru 6-5-14 ending at 11:00 pm

3.) to preserve the video footage. camera facing R-111 cell on 6-4-14 beginning at 6:30 pm thru 9:00 pm

4.) to preserve the hand held camera video recording this whole incident on 6-4-14 thru 6-5-14 beginning to end.



**STATE OF CONNECTICUT
DEPARTMENT OF CORRECTION
OFFICE OF THE DEPUTY COMMISSIONER
Operations & Rehabilitative Services Division**



Scott S. Semple
Deputy Commissioner

July 28, 2014

Jose Arzuaga #259136
Corrigan-Radgowski Correctional Center
986 Norwich-New London Turnpike
Uncasville, CT 06382

Dear Mr. Arzuaga:

This letter acknowledges receipt of your correspondence submitted directly to Commissioner Dzurenda dated July 4, 2014 and its subsequent forwarding to my office for response concerning your allegations of being denied access to the Administrative Remedies process.

You have asserted that you attempted resolution by writing to Deputy Warden Martin and did not receive a response, the next level of the chain of command is the Warden not the Commissioner. You have not provided evidence that you have exhausted the chain of command to include the District Administrators Office to address and resolve your issues. If you believe that your issues may not be resolved by exhausting the facility chain of command, you may pursue your concerns through the formal process as described in Administrative Directive 9.6, Inmate Administrative Remedies.

Administrative Directive 9.6 "provides a means for an inmate to seek formal review of an issue relating to any aspect of an inmate's confinement that is subject to the Commissioner's authority. The Inmate Administrative Remedies Process enables the Department to identify individual and systemic problems, to resolve legitimate complaints in a timely manner and to facilitate the accomplishment of its mission."

Thank you for your cooperation.

Sincerely,

Angel Quiros
A/Deputy Commissioner

AQ/das

C:   District 1 Administrator
     Scott Erfe, Warden
     File

R-45156

José Arzuaga #259136
Northern Corr. Inst.
P.O. Box 665
Somers, CT 06071

Copy    40

August 8th 2014

To. Angel Quiros,

I just received your letter dated 7-28-14, In regards to the letter I wrote the Commr. dated 7-4-14. I'm no longer In Corrigan. I'm at Northern. The purpose for the present is due to on 6-4-14 thru 6-5-14, I was mistreated and assaulted while at Corrigan (see attached exhibit A explaining the Incident). I'm now asking for you to Intervene and address, discipline all the Individuals Involved due to how I was treated on 6-4-14 thru 6-5-14 was INConsistent with the state of Connecticut Administrative directives.

Also I would like to further address the Issue that d.o.c. officials at Corrigan the administrative Remedy Coordinator and others have Intentionally violated my rights and d.o.c. policy by Any/All means denying me access to the Administrative Remedies process In accordance with A.D. 9.6. I'm making you fully aware I have tried to address the above Issues Correctly In accordance with A.D. 9.6 but I have been denied access (see Corrigan dispositions RWD-001 thru 005).

I'm now requesting for you to Intervene and conduct a thorough Investigation and to address and correct the above Issues stated. I await your response.

Sincerely, José Arzuaga

(EXHIBIT "A")

CONFIDENTIAL
(FOR OFFICIAL USE ONLY)

| Inmate name: | |
| Inmate number: | Housing: |

| **SECTION 4** | **STATE THE PROBLEM AND REQUESTED RESOLUTION** |

Provide any factual information that is applicable, including any responses from staff. State the action that you think should be taken to resolve the problem. PLEASE PRINT. On 6-5-14 I _____ D-1 marking to _____ The purpose for the grievance is due to on 6-4-14 I was assault of _____ Correctional Officers on the extraction team. On 6-4-14 I had a mental breakdown, I told Sgt _____, I asked C/O Fulcher to contact mental health and C/O Fulcher told me _____ cared, I then covered the cell window (R-111) to protect the _____ of mental health assistance. C/O Fulcher then said if I didn't take the _____ covering down I was going to get sprayed and had _____ Unknown Correctional Officer _____ the extraction team _____ arrived and rushed me and after I was _____ on the ground _____ compliance unknown Correctional Officers punched me and _____ knee'd me forced times each in the facial/head area and smashed my faci_____ _____ on the ground scratching the lens of my glasses and twisting _____ my wrist, I then was placed on in-cell restraints in _____ extremely tight restraints (which were applied improperly) in R_____ and I harmed myself while D-1/C- officials stood by _____ without intervening, I continued to harm myself and was denied medical _____ and mental health assistance. The cell I was housed in R-11_____ was filthy unsanitized I was denied bed linen until approx_____ 3:00 AM, my cell water and toilet was turned off and the food _____ I was served didn't meet nor was it in compliance with the _____ nutritied calories intake nor the master food menu, on 6-4-1_____ and 6-5-14 excessive abuse of force was utilized on me _____ which caused me injuries, bruises, enormous pain thru out m_____ bodily I was left in restraints for a long period of time, _____ was forced to live in inhumaner conditions. _____

| Inmate signature: | | Date: |

For all remedies except health services, deposit this form in the <u>Administrative Remedies box</u>.
For a health services issue, deposit this form in the <u>Health Services box</u>.

| **SECTION 5** | **DECISION / OFFICIAL USE ONLY – DO NOT WRITE IN THE SPACE BELOW** |

| Date Received: | IGP #: | T#: |

| Disposition: | | Date of Disposition: |

| Reason: |

| ☐ You have exhausted DOC's Administrative Remedies. | ☐ This matter may be appealed to: |

| Signature: | Date: |

To: Deputy warden Martin _ handed a copy to work out grievance box
From: José Arzuaga #259136   R-116 (Seg)
Date: 6-5-14

On 6-4-14 I had a mental breakdown, I felt suicidal. I Informed C/O Fulcher and he denied me access to mental health as well as he harassed, provoked, threatened me, fabricating a false S.R.G. ticket. I then covered the window. The extraction team arrived at my cell (R-111) and rushed me. Once I was on the ground In compliance I was punched and kneed In my head, facial area 3 times each and some one smashed my head, facial area scratching the lens of my glasses and twisting my wrists. I then was placed on In-cell restraints In extremely tight restraints (which were applied Improperly) In cell R-113 and I harmed myself while d.o.c. officials stood by without Intervening. I continued to harm myself and was denied mental health, medical assistance. The cell I was housed In R-113 was filthy unsanitized. I was denied bed linen until approx. 3:00 AM. The cell water and toilet was turned off. I was forced to live In Inhumane conditions and the food I was served didn't meet nor was It In compliance with the Nutrition calorie(s) Intake not the master food menu. On 6-4-14 and 6-5-14 excessive misuse of force was utilized on me which caused me Injuries, bruises leaving me In enormous pain thru out my body without medical assistance. I also was left In restraints for long period of time for no reasons and when requested for bathroom breaks I was denied. I'm now requesting,

1.) for a Investigation Into all the above

2.) to preserve the video footage, camera facing R-113 cell on 6-4-14 beginning at 6 PM thru 6-5-14 ending at 11:00 PM

3.) to preserve the video footage, camera facing R-111 cell on 6-4-14 beginning at 6:30 PM thru 9:00 PM

4.) to preserve the hand held camera video recording this whole Incident on 6-4-14 thru 6-5-14 beginning to end.

43

José Arzuaga #259136
Northern Corr. Inst.
P·O· Box 665
Somers, CT. 06071

copy

September 8th 2014

TO, Commr. office Scott Semple

I have a Issue. While I was Incarcerated at the Corrigan Corr. center I was denied access to the Administrative Remedy Process. So on 7-4-14 I wrote the Commr. James Dzurenda and then D.A. Quiros responded to It without addressing none of the Issues presented. So on 8-8-14 I directly wrote D.A. Quiros In regards to the above and other Issues that took place on 6-4-14 thru 6-5-14 while I was at Corrigan. I still haven't received any response In regards to the Issues presented In the above letters which IS enclosed. I'm now requesting for a Investigation and a response to all the Issues presented.
(SEE ENCLOSED DOCUMENTS 1 thru 5)
        I AWAIT YOUR RESPONSE.
            Sincerely, José Arzuaga

44

José Arzuaga #259136
Northern Corr. Inst.
P.O. Box 665
Somers, CT. 06071

September 15th 2014
To. Commr. office Scott Semple

   I have a Issue. on 7-24-14 I was transferred
from the Corrigan Corr. Center to Northern C.I.
While at Corrigan I was denied access by any/
all means to the Administrative Remedy process
for exposing Corrigans unconstitutional violations
and d.o.c. A.D. violations. so on 8-12-14 I wrote
P.A. Quiros to address and correct. I still
haven't received any response In regards
to the Issues presented In the above letter
which Is enclosed. I'm now requesting for
a Investigation and a response to all the
Issues presented (SEE ENCLOSED DOCUMENTS
1 and 2).
     I AWAIT YOUR RESPONSE.
      Sincerely José Arzuaga

45

CONFIDENTIAL
(FOR OFFICIAL USE ONLY)

Inmate name: José Arzuaga

Inmate number: 250136   Housing: R-116

### SECTION 4   STATE THE PROBLEM AND REQUESTED RESOLUTION

Provide any factual information that is applicable, including any responses from staff. State the action that you think should be taken to resolve the problem. PLEASE PRINT.

On 7-4-14, I wrote (ARC) Ms. King (See attached response), the purpose for the present is due to Ms. King is denying me by any/all means access to the Administrative Remedy Process, on 6-30-14, I filed five grievances (See R-D-001 thru 005) correctly, individually, timely, precisely, Ms. King returned all five grievances back without properly filing them stating I must attach a response from the individuals I wrote before filing a grievance or else she won't file them, Ms. King has been fully informed in verbal and within the above five grievances the individuals I wrote never responded to my written requests so I filed grievances in accordance with A.D. 9.6 Section 6, A) C) correctly, individually, timely, precisely, I'm now requesting;
1.) for the above five grievances I filed on 6-30-14 that were returned without a disposition (See R-D-001 thru 005) to be filed correctly in accordance with A.D. 9.6)
2.) for Ms. King to cease and desist from not properly filing grievances for prisoners failure to provide informal resolution)
3.) for Ms. King to be fully assisted in fully comprehending A.D. 9.6 Inmate Administrative Remedies to fully Bexter understand the proper process.

Inmate signature: José                      Date: 7-17-14

For all remedies except health services, deposit this form in the Administrative Remedies box.
For a health services issue, deposit this form in the Health Services box.

### SECTION 5   DECISION / OFFICIAL USE ONLY – DO NOT WRITE IN THE SPACE BELOW

| Date Received: 7/18/14 | IGP #: 140-15-003 (AR) | T#: 140-0982 |
|---|---|---|

| Disposition: Denied | Date of Disposition: 7/25/14 |
|---|---|

Reason:

See Attached
Response

☐ You have exhausted DOC's Administrative Remedies.    ☒ This matter may be appealed to: DA

Signature:                         Date: 7/25/14



# Inmate Grievance Appeal Form - Levels 2/3
## Connecticut Department of Correction

CN 9604
REV 1/31/09

Inmate name: Jose Arzuaga | Inmate number: 259136

Facility/Unit: Northern I/JPH(?) | Housing unit: 1 | Date: 8-6-14

IGP number: 140-15-003 (AR) | T number:

Use this form to appeal a Level 1 decision. CN 9602, Inmate Administrative Remedy Form and any attachments must accompany this form; no review will be undertaken if they do not accompany this form. Your appeal must be filed within 5 days of the Level 1 response; deposit it in the "Administrative Remedies" box.

### Appeal of Level 1 Decision to Level 2

I am appealing the Level 1 decision because: The responder is incorrect. The individual I have never responses to my written grievances, so I filed grievances according to A.D. 9.6 Section 6.a)c)  correctly, individually, timely.

I have received the level 1 disposition on 8-5-14.

Inmate signature: Jose | Date: 8-6-14

### FOR OFFICIAL USE ONLY - LEVEL 2 REVIEW

Date received: 8/20/14 | Disposition: Rejected | Date of disposition: 08/28/14

Reasons:

*You are appealing a level one grievance regarding your grievance being denied. As Warden Erfe indicated in his level 1 response, this is a repetitive grievance to #140-15-006, 140-15-004 and 140-15-005. Your level 2 appeal is rejected.*

Level 2 reviewer: *[signature]*

☐ This grievance may be appealed within 5 days to Level 3.

☑ You have exhausted the Department's Administrative Remedies. Appeal to Level 3 will not be answered.

### Appeal of Level 2 Decision to Level 3

I am appealing the Level 2 decision because:

Inmate signature: | Date:

### Deposit your appeal in the "Administrative Remedies" box.

### FOR OFFICIAL USE ONLY - LEVEL 3 REVIEW

Date received: | Disposition: | Date of disposition:

Reasons:

Level 3 reviewer:

47

# STATE OF CONNECTICUT
## Connecticut Department of Correction
**CORRIGAN-RADGOWSKI CORRECTIONAL CENTER**
986 NORWICH NEW LONDON TURNPIKE, UNCASVILLE, CT. 06382



ROBERT MARTIN
Deputy Warden of
Operations



PHONE:   860-848-5704
FAX:      860-848-5847

TO:         I/M Arzuaga, Jose, #259136 - RHU
FROM:     Deputy Warden Martin
DATE:      June 25, 2014
SUBJECT:  Video preservation

Please be advised per your verbal request, the videos of the cell extraction on 6/4/14 have been preserved and archived.

Thank you.

RM/rs



State of Connecticut

48



# STATE OF CONNECTICUT
## Connecticut Department of Correction
CORRIGAN-RADGOWSKI CORRECTIONAL CENTER
986 NORWICH NEW LONDON TURNPIKE, UNCASVILLE, CT. 06382

ROBERT MARTIN
Deputy Warden of
Operations



PHONE:   860-848-5704
FAX:     860-848-5847

TO:       I/M Arzuaga, Jose, #259136 - RHU
FROM:   Deputy Warden Martin
DATE:    July 2, 2014
SUBJECT:  Video preservation request #2

---

Please be advised your verbal request to me on 6/24/14 requesting to preserve and archive video of your cell extraction on 6/4/14 was completed on 6/25/14, and my typed response was hand delivered to you by Lt. Ruggiero on the same date.

Please be advised per your request submitted to the Commissioner's Office for additional footage, we have archived and preserved all RHU camera videos facing RHU cell #113-124, from 6/15/14 to 6/24/14. We were not able to preserve cameras facing RHU #111, 6/4/14, from 6 pm-11 pm, camera facing RHU #113, 6/4/14-6/5/14, from 6 pm-11:30 pm, camera facing RHU #114, 6/13/14, from 1 am to 4 am, or camera facing C Pod #108, cell 5/26/14, from 4-7 pm.

Thank you.

RM/rs

C:     Warden Erfe
      Nancy B. Canney, Staff Attorney III
      Lt. Ruggiero



State of Connecticut

## CERTIFICATION

I hereby certify that the foregoing was handed to a d.o.c. official to be electronically filed on December 15th 2014 to,

1.) Court Clerk
   Federal Courthouse

Jose Arzuaga
José Arzuaga
Plaintiff

17