UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

|  |  |  |
|---|---|---|
| JOSE ARZUAGA, | : | |
| Plaintiff, | : | CASE NO. 3:14-cv-1799(DJS) |
| | : | |
| v. | : | |
| | : | |
| SCOTT ERFE, et al., | : | |
| Defendants. | : | |
| | : | |

**INITIAL REVIEW ORDER**

The plaintiff, Jose Arzuaga, currently incarcerated at the Northern Correctional Institution in Somers, Connecticut, has filed a complaint pro se under section 1983 of title 42 of the United States Code.  On December 8, 2014, the court, Shea, D.J., determined that the complaint failed to comply with the requirements of Federal Rule of Civil Procedure 20, and afforded the plaintiff the opportunity to file an amended complaint.  The plaintiff has filed an amended complaint with a claim regarding his cell extraction and placement in restrictive housing on June 4, 2014, as well as the related claim of denial of medical and mental health services, against defendants Fulcher, Cronin, Champion, Mongeau, Pearson, Flores, Sheriff, Fortin, Conrad, Martin and Russo.  The defendants are named in their individual and official capacities.  The case will proceed on these claims.

1

**ORDERS**

In accordance with the foregoing analysis, the court enters the following orders:

(1) **The Clerk shall** verify the current work address of defendants Fulcher, Cronin, Champion, Mongeau, Pearson, Flores, Sheriff, Fortin, Conrad, Martin and Russo with the Department of Correction Office of Legal Affairs, and mail a waiver of service of process request packet to each defendant at the confirmed address by May 18, 2015.  The Clerk shall report to the court on the status of that waiver request by June 22, 2015. If any defendant fails to return the waiver request, the Clerk shall make arrangements for in-person service by the U.S. Marshals Service on the defendant in his individual capacity and the defendant shall be required to pay the costs of such service in accordance with Federal Rule of Civil Procedure 4(d).

(2) **The Clerk shall** prepare a summons form and send an official capacity service packet to the U.S. Marshal Service. The U.S. Marshal is directed to effect service of the complaint on defendants Fulcher, Cronin, Champion, Mongeau, Pearson, Flores, Sheriff, Fortin, Conrad, Martin and Russo in their official capacities at the Office of the Attorney General, 55 Elm Street, Hartford, CT 06141, by May 18, 2015 and to file a return of service by May 27, 2015.

(3)  **The Clerk shall** send a courtesy copy of the Complaint and this Order to the Connecticut Attorney General and the Department of Correction Office of Legal Affairs.

(4)  **The defendants shall** file their response to the Complaint, either an answer or motion to dismiss, within sixty (60) days from the date the waiver form is sent.  If they choose to file an answer, they shall admit or deny the allegations and respond to the cognizable claim recited above.  They also may include any and all additional defenses permitted by the Federal Rules.

(5)  Discovery, pursuant to Federal Rules of Civil Procedure 26 through 37, shall be completed by November 30, 2015.  Discovery requests should not be filed with the court.

(6)  All motions for summary judgment shall be filed by December 30, 2015.

(7)  Pursuant to Local Civil Rule 7(a), a nonmoving party must respond to a dispositive motion within twenty-one (21) days of the date the motion was filed.  If no response is filed, or the response is not timely, the dispositive motion can be granted absent objection.

(8)  If the plaintiff changes his address at any time during the litigation of this case, Local Court Rule 83.1(c)2 provides that the plaintiff MUST notify the court.  Failure to do so can result in the dismissal of the case.  The plaintiff

3

must give notice of a new address even if he is incarcerated. The plaintiff should write "PLEASE NOTE MY NEW ADDRESS" on the notice.  It is not enough to just put the new address on a letter without indicating that it is a new address.  If the plaintiff has more than one pending case, he should indicate all of the case numbers in the notification of change of address. The plaintiff should also notify the defendants or the attorney for the defendants of his new address.

**SO ORDERED** this 27th day of April 2015 at Hartford, Connecticut.

```
       /s/ DJS         _____
           Dominic J. Squatrito
          United States District Judge
```